**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **APL Cargo, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5668093 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11738 W US Highway 24** **Wolcott, IN 47995** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **White** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **APL Cargo, Inc.**                                            Case number (*if known*)
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **APL Cargo, Inc.**
_____   Case number (*if known*) _____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency   _____
Contact name   _____
Phone   _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **APL Cargo, Inc.**
Name                                                            Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **APL Cargo, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 31, 2024**
                 MM / DD / YYYY

**X** **/s/ Stefan Trifan**                                          **Stefan Trifan**
Signature of authorized representative of debtor              Printed name

Title     **President**

---

**18. Signature of attorney**

**X** **/s/ Weston E. Overturf**                    Date **May 31, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone     **317-777-7443**          Email address

**27281-49 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **APL Cargo, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2024**          X **/s/ Stefan Trifan**
                                            Signature of individual signing on behalf of debtor

                                            **Stefan Trifan**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>APL Cargo, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amur**<br>**PO Box 2555**<br>**304 West Third Street**<br>**Grand Island, NE 68801** | | **Contract** | | | | **$244,800.00** |
| **Amur**<br>**PO Box 2555**<br>**304 West Third Street**<br>**Grand Island, NE 68801** | | **Contract** | | | | **$190,194.00** |
| **Anthem Blue Cross and Blue Shield**<br>**2425 N. Meridian St.**<br>**Indianapolis, IN 46208-5000** | | **Trade Debt** | | | | **$47,707.26** |
| **Blue Beacon**<br>**4550 S Harding St.**<br>**Indianapolis, IN 46217** | | **Trade Debt** | | | | **$18,070.38** |
| **Carolina Casualty**<br>**5011 Gate Pkwy**<br>**Bldg 200 Suite 200**<br>**Jacksonville, FL 32256** | | **Trade Debt** | | | | **$50,541.27** |
| **Cobalt Funding Solutions**<br>**99 Wall Street Suite 3618**<br>**New York, NY 10050** | | **Trade Debt** | **Disputed** | | | **$250,000.00** |
| **Colonial Life Insurance**<br>**8888 Keystone Crossing #120**<br>**Indianapolis, IN 46240** | | **Trade Debt** | | | | **$279,142.25** |

| Debtor | **APL Cargo, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dynasty Capital 11 Broadway New York, NY 10004** | | **Trade Debt** | **Disputed** | | | **$350,000.00** |
| **HireRight, LLC PO Box 847891 Dallas, TX 75284** | | **Trade Debt** | | | | **$14,198.74** |
| **JRG Funding LLC 180 Maiden Lane New York, NY 10038** | | **Trade Debt** | **Disputed** | | | **$342,237.53** |
| **KSM CPA's & Advisors 800 East 96th St. Suite 500 Indianapolis, IN 46240** | | **Trade Debt** | | | | **$21,405.00** |
| **M&K Truck Centers 1401 Harding Ct. Indianapolis, IN 46217** | | **Trade Debt** | | | | **$19,346.86** |
| **McLeod Software 100 Corporate Pkwy Birmingham, AL 35242** | | **Trade Debt** | | | | **$23,289.77** |
| **Remodel Health 525 S Meridian St. #46225 Indianapolis, IN 46225** | | **Trade Debt** | | | | **$31,068.00** |
| **Samsara Capital Finance 110 S. Poplar St. Suite 101 Wilmington, DE 19801** | | **Trade Debt** | | | | **$32,375.48** |
| **Scopelitis Garvin Light Hanson & Feary 10 W Market St. #1400 Indianapolis, IN 46204** | | **Trade Debt** | | | | **$17,010.94** |
| **SOS Capital II LLC c/o Berkovitch & Bouskila PLLC 1545 US 202 Suite 101 Pomona, NY 10970** | | **Trade Debt** | **Disputed** | | | **$540,977.90** |
| **Tenstreet LLC 120 W 3rd St. Tulsa, OK 74103** | | **Trade Debt** | | | | **$27,349.25** |

Debtor **APL Cargo, Inc.**
_____
Name

Case number (*if known*) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Transport Enterprise Leasing, LLC 400 Birmingham Highway Chattanooga, TN 37419** | | **Lease** | | | | **$108,909.48** |
| **US Truck & Trailer Repair Co. 949 Colcester Ln. West Lafayette, IN 47906** | | **Trade Debt** | | | | **$1,441,920.91** |

```
ACE RECOVERY GROUP
99 WALL STREET #4890
NEW YORK, NY 10005


AGILE PREMIUM FINANCE
475 HALF DAY RD.
SUITE 550
LINCOLNSHIRE, IL 60069


AMUR
PO BOX 2555
304 WEST THIRD STREET
GRAND ISLAND, NE 68801


AMUR
PO BOX 2555
304 WEST THIRD STREET
GRAND ISLAND, NE 68801


AMUR EQUIPMENT FINANCE, INC.
308 N. LOCUST ST. SUITE 100
GRAND ISLAND, NE 68801


ANTHEM BLUE CROSS AND BLUE SHIELD
2425 N. MERIDIAN ST.
INDIANAPOLIS, IN 46208-5000


APL GSV MANAGEMENT CORP
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


APL SHOP AND REPAIRS
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


APL SHOP AND REPAIRS
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906
```

```
APL TRUCK TRAILER LEASING AND SALE
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


APL TRUCK TRAILER LEASING AND SALE
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


APL TRUCK TRAILER LEASING AND SALE LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


AT&T WIRELESS
208 S AKARD ST SUITE 2954
DALLAS, TX 75202


BLITCH WESTLEY BARRETTE, S.C.
1550 SPRING RD. SUITE 120
OAK BROOK, IL 60523


BLUE BEACON
4550 S HARDING ST.
INDIANAPOLIS, IN 46217


BRIDGESTONE AMERICAS, INC.
200 4TH AVE. S.
NASHVILLE, TN 37201


CALLTOWER, INC.
10701 S RIVER FRONT PKWY
SOUTH JORDAN, UT 84095


CAROLINA CASUALTY
5011 GATE PKWY BLDG 200 SUITE 200
JACKSONVILLE, FL 32256
```

CHALMERS ESTATES LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


CHALMERS ESTATES LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


CITATIONS PROCESSINF CENTER
PO BOX 7200
BEVERLY, MA 01915


CLERK OF THE COURT AND COMPTROLLER
110 N. MAIN ST. 2ND FLOOR
PO BOX 350
MONTICELLO, IN 47960


COBALT FUNDING SOLUTIONS
99 WALL STREET SUITE 3618
NEW YORK, NY 10050


COLONIAL LIFE INSURANCE
8888 KEYSTONE CROSSING #120
INDIANAPOLIS, IN 46240


COLUMBIA REAL ESTATE, LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


COMPASS PAYMENT SERVICES
15 W 58
WILLOWBROOK, IL 60527


CRESTAMARK, A DIVISION OF METABANK
5480 CORPORATE DR. SUITE 350
TROY, MI 48098

```
CROSSPOINT POWER AND REFRIGERATION
4301 W MORRIS ST.
INDIANAPOLIS, IN 46241


CUMBERLAND ESTATES, LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


CUMBERLAND ESTATES, LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631


DAIMLER TRUCK FINANCIAL
PO BOX 4160
8430 WEST BRYN MAWR AVE. 3RD FLOOR
CHICAGO, IL 60631
```

DE LAGE FINANCIAL SERVICES INC.
1111 OLD EAGLE SCHOOL RD.
WAYNE, PA 19087


DENO LANDSCAPING
153 N JEFFERSON ST.
BROOK, IN 47922


DRIVERREACH
880 MONON GRN BLVD. SUITE 101
CARMEL, IN 46032


DRIVERS LEGAL PLAN
6709 N CLASSEN BLVD
OKLAHOMA CITY, OK 73116


DYNASTY CAPITAL
11 BROADWAY
NEW YORK, NY 10004


ECODELUX
109 S WEILER RD.
ARLINGTON HEIGHTS, IL 60005


ECOSHRED
310 FARABEE DR.
LAFAYETTE, IN 47905


ENRICH SOFTWARE CORPORATION
4838 RICHARD RD. SW #500
CALGARY, ALBERTA CANADA T3E6L1


ERIE INSURANCE
100 ERIE INSURANCE PLACE
ERIE, PA 16530

```
FLEETROCK, LLC
1900 AM DR. SUITE 200
QUAKERTOWN, PA 18951


FLEETSTONE FACTORING, LLC
613 BAKERTOWN RD.
ANTIOCH, TN 37013


GENEVA CAPITAL LLC
1311 BROADWAY ST.
ALEXANDRIA, MN 56308


GRIGORE CANALI
1996 FRANKLIN DR.
CROWN POINT, IN 46307


HIRERIGHT, LLC
PO BOX 847891
DALLAS, TX 75284


INDIANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY SECTION
100 NORTH SENATE AVE. N-240 MS 108
INDIANAPOLIS, IN 46204


INDIANA MOTOR TRUCK ASSOCIATION
1 N. CAPITOL AVE. #460
INDIANAPOLIS, IN 46204


INDY NATIONAL LEASING LLC
11734 W US HWY 24
WOLCOTT, IN 47995


INDY NATIONAL LEASING LLC
11734 W US HWY 24
WOLCOTT, IN 47995
```

```
INFINIT-I WORKFORCE SOLUTIONS
PO BOX 780
TEXARKANA, TX 75504


INTERNAL REVEUE SERVICE
201 E. RUDISILL BLVD
FORT WAYNE, IN 46806


IRONPLANET
4695 CHABOT DR. SUITE 102
PLEASANTON, CA 94588


JRG FUNDING LLC
180 MAIDEN LANE
NEW YORK, NY 10038


JX TRUCK CENTER - LAFAYETTE
2701 SCHUYLER AVE.
LAFAYETTE, IN 47905


KING COUNTRY TRAILER
2101 SOUTH, FM1912
AMARILLO, TX 79118


KSM CPA'S & ADVISORS
800 EAST 96TH ST.
SUITE 500
INDIANAPOLIS, IN 46240


LAZER SPOT INC.
3996 CLARKS CREEK RD.
PLAINFIELD, IN 46168


LEAF CAPITAL FUNDING LLC
2330 I-30
MESQUITE, TX 75150
```

LEAF CAPITAL FUNDING LLC
ONE COMMERCE SQUARE
2005 MARKET ST. 14TH FLOOR
PHILADELPHIA, PA 19103


LOGICALIS
9225 PRIORITY WAY W DR. #115
INDIANAPOLIS, IN 46240


LOVES
10601 N PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73120


M&K TRUCK CENTERS
1401 HARDING CT.
INDIANAPOLIS, IN 46217


M&K TRUCK LEASING
8800 BRYON COMMERCE DR.
BYRON CENTER, MI 49315


MCLEOD SOFTWARE
100 CORPORATE PKWY
BIRMINGHAM, AL 35242


MED-STOP INC.
9950 LAWRENCE AVE. SUITE 403
SCHILLER PARK, IL 60176


NATIONAL MOTOR FREIGHT TRAFFIC ASSOCIATI
1001 N FAIRFAX ST. SUITE 600
ALEXANDRIA, VA 22314


NEWBERRY CENTRAL TRAFFIC COURT
833 MAIN ST.
NEWBERRY, SC 29108

```
NIC FEDERAL
4601 FAIRFAX DR.
ARLINGTON, VA 22203


ONE NETWORK ENTERPRISES
4055 VALLEY VIEW LN. #1000
DALLAS, TX 75244


PATHWARD, N.A. F/K/A CRESTMARK
5501 SOUTH BROADBAND LN.
SIOUX FALLS, SD 57108


PEOPLE'S UNITED EQUIPMENT FINANCE CORP
4225 NAPERVILLE RD. SUITE 175
LISLE, IL 60532


PNC BANK, N.A.
THE TOWER AT PNC PLAZA
300 FIFTH AVE.
PITTSBURGH, PA 15222


PNC BANK, N.A.
THE TOWER AT PNC PLAZA
300 FIFTH AVE.
PITTSBURGH, PA 15222


PNC BANK, N.A.
THE TOWER AT PNC PLAZA
300 FIFTH AVE.
PITTSBURGH, PA 15222


PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES, IA 50392


PRUT PROPERTIES LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906
```

PRUT PROPERTIES LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


RELIABLE EXTERMINATORS INC.
1813 MAIN ST.
LAFAYETTE, IN 47904


REMODEL HEALTH
525 S MERIDIAN ST. #46225
INDIANAPOLIS, IN 46225


SAMSARA CAPITAL FINANCE
7077 EAST MARILYN ROAD SUITE 12
SCOTTSDALE, AZ 85254


SAMSARA CAPITAL FINANCE
110 S. POPLAR ST. SUITE 101
WILMINGTON, DE 19801


SCOPELITIS GARVIN LIGHT HANSON & FEARY
10 W MARKET ST. #1400
INDIANAPOLIS, IN 46204


SOS CAPITAL II LLC
C/O BERKOVITCH & BOUSKILA PLLC
1545 US 202 SUITE 101
POMONA, NY 10970


SPOTNANA
115 BROADWAY
NEW YORK, NY 10006


STANDARD INSURANCE CO.
1100 SOUTHWEST 6TH AVE.
PORTLAND, OR 97204

```
STEFAN TRIFAN
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


STEFAN TRIFAN
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


STEFAN TRIFAN
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


STEVE'S OVERHEAD DOOR COMPANY
2643 DUNCAN RD.
LAFAYETTE, IN 47904


SUPERVISION
7751 SUNBLEST BLVD.
FISHERS, IN 46038


TA TRUCK SERVICES
1201 RIPLEY ST.
LAKE STATION, IN 46405


TACIT 219 TRUST
9300 M
OVERLAND PARK, KS 66212


TBK BANK, SSB
12700 PARK CENTRAL DR.
DALLAS, TX 75251


TENSTREET LLC
120 W 3RD ST.
TULSA, OK 74103
```

```
THERMO KING MIDWEST
817 S TIBBS AVE.
INDIANAPOLIS, IN 46241


TRANSPORT ENTERPRISE LEASING, LLC
400 BIRMINGHAM HIGHWAY
CHATTANOOGA, TN 37419


TRIFAN S INC
2204 RAINBOW DE.
WEST LAFAYETTE, IN 47906


TRIFAN S INC
2204 RAINBOW DE.
WEST LAFAYETTE, IN 47906


TRUCKING JOBS TECHNOLOGIES D/B/A HAUL
19925 STEVENS CREEK BLVD. SUITE 100
CUPERTINO, CA 95014


TYSON FOODS, INC.
2220 W DON TYSON PKWY
SPRINGDALE, AR 72762


US 24 TRUCK AND TRAILER REPAIR CO
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


US CARGO EQUIPMENT & REPAIR SHOP
24405 LAGRANGE RD.
FRANKFORT, IL 60423


US SMALL BUSINESS ADMINISTRATION
409 THIRD ST. SW
WASHINGTON, DC 20024
```

US TRUCK & TRAILER REPAIR CO.
949 COLCESTER LN.
WEST LAFAYETTE, IN 47906


VERTICAL TRUCK TRAINING PARTNERS LP
1730 GALLERIA OAKS
TEXARKANA, TX 75503


WILDMAN FACILITY SERVICES
1810 S LYNHURST DR.
INDIANAPOLIS, IN 46241


WILMOTH ENTERPRISES INC.
1150 E INDUSTRIAL DR.
PO BOX 391
MOUNT VERNON, MO 65712